**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| SUSANNA DATRES, | ) |
| Plaintiff, | ) Case No. 1:23-cv-519 |
| v. | ) Hon. Hala Y. Jarbou |
| ARISKNIGHT WINFREE, et al., | ) |
| Defendants. | ) |

## CONSENT JUDGMENT AS TO ARISKNIGHT WINFREE

Plaintiff SUSANNA DATRES ("Plaintiff") and Defendant ARISKNIGHT WINFREE ("Winfree"), hereby agree to the entry of this Consent Judgment without contest. Now, therefore, upon motion for the attorneys for Plaintiff and Defendants, and for cause shown:

**JUDGMENT IS HEREBY ENTERED** in favor of Plaintiff and against Defendant Winfree in the amount of **$5,000,000.00.**

**FURTHER**, it is agreed by the parties herein and hereby **ORDERED** that Plaintiff will not attempt to garnish, levy, or otherwise attempt collect on this judgment from Defendant Winfree's commissary account with the United States Federal Bureau of Prisons unless the balance of any such account exceeds $1,000.00.

**FURTHER**, it is agreed by the parties herein and hereby **ORDERED** that Defendant Winfree shall inform Plaintiff's counsel if, at any time in the future, he realizes an accession to wealth in excess of $1,000.00.

**FURTHER**, it is agreed by the parties herein and hereby **ORDERED** that this Judgment fully resolves all of Plaintiff's claims with respect to Defendant Winfree with prejudice, but does

1

not fully resolve the above-captioned matter with respect to any remaining defendant(s) and does not close the case.

**IT IS SO ORDERED.**

Date: June 18, 2025

/s/ Hala Y. Jarbou
Hon. Hala Y. Jarbou - United States District Court Judge

The parties hereby consent to the entry of this Consent Judgment:

**FOR PLAINTIFF:**

Date: 6/18/2025

/s/ Susanna Datres
Susanna Datres – Plaintiff

Date: 6/18/25

/s/ Scott W. Kraemer
C. Christopher Newberg
KUIPER KRAEMER PC
Co-Counsel for Plaintiff
6660 Old 28th Street SE
Grand Rapids MI, 49546
(616) 454-3700

**FOR DEFENDANT WINFREE:**

Date: 6/18/25

/s/
Arisknight Winfree

2